**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

In re: )
)
**LARRY A. HEHR,** ) Case No. **07-14997-MER**
SSN: xxx-xx-2527 )
) Chapter 7
)
Debtor. )

**ORDER APPROVING THE MOTION TO RECOMMEND THE WITHDRAWAL OF THE REFERENCE TO THE UNITED STATES DISTRICT COURT FOR THE APPROVAL OF THE CONSENT ORDER IN RESOLUTION OF UNITED STATES TRUSTEE'S MOTION TO EXAMINE DEBTOR'S TRANSACTIONS WITH HIS FORMER ATTORNEY**

The Court being advised in the premises and finding good cause for granting the motion to recommend the withdrawal of the reference in this case for the sole purpose of approving their Consent Order in Resolution of the United States Trustee's Motion to Examine Debtor's Transactions with His Former Attorney:

**IT IS ORDERED** that the Motion is granted and that the Clerk of this Court shall transmit an appropriate packet of documents to the United States District Court for that Court to consider the approval the Consent Order in Resolution of the United States Trustee's Motion to Examine Debtor's Transactions with His Former Attorney.

DONE: February 5, 2009

BY THE COURT:

Michael E. Romero
U.S. Bankruptcy Judge