# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 09-cv-00255-REB-MJW

In re:

LARRY A. HEHR,

    Debtor.                                   Bankruptcy Case No. 07-14997-MER

United States Trustee,

    Movant,

v.

David R. Calvert,

    Respondent.

## ORDER WITHDRAWING REFERENCE
## AND APPROVING CONSENT ORDER

**Blackburn, J.**

This matter is before me on the **Order Approving the Motion To Recommend the Withdrawal of the Reference to the United States District Court for the Approval of the Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with is Former Attorney** [#1] filed on February 6, 2009. That order was entered by the Bankruptcy Court on February 5, 2009. As recommended by the Bankruptcy Court, I withdraw the reference solely for the purposes of considering and approving the proposed consent order. Further, I approve the proposed consent order.

This matter concerns the joint motion of the United States Trustee and David R. Calvert in which motion these parties ask the court to accept and approve a proposed Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with his Former Attorney. As docketed in this case, that joint motion and proposed consent order is attached to the Bankruptcy Court's order [#1] recommending withdrawal of the reference and approval of the consent order. The parties seek, and the Bankruptcy Court recommends, withdrawal of the reference only for the purpose of this court's consideration and approval of the proposed consent order.

Under **28 U.S.C. § 157(d)**, a district court may withdraw the reference of a case to the Bankruptcy Court for cause shown. In the proposed consent order, the trustee and Calvert ask the court to order that Calvert, an attorney, "cease and desist from handling any matters pending before the United States Bankruptcy Court for the District of Colorado or the United States District Court for the District of Colorado sitting in a bankruptcy matter." *[Proposed] Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with his Former Attorney*, ¶ 4 ( attachment to *Order Approving the Motion To Recommend the Withdrawal of the Reference to the United States District Court for the Approval of the Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with is Former Attorney* [#1], filed February 6, 2009). The trustee and Calvert ask this court to withdraw the reference of this case to the Bankruptcy Court solely for the purposes of considering and approving the proposed consent order. They seek withdrawal of the reference for this purpose to ensure that the court examining the proposed consent order has jurisdiction to enter an order limiting Calvert's practice before both the United States District Court for the District of Colorado and the United States Bankruptcy Court

for the District of Colorado.  I conclude that the parties have shown good cause for this court to withdraw the reference of this case to the Bankruptcy Court for the purposes of considering and approving the proposed consent order.  Further, I conclude that the proposed consent order should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1.  That under 28 U.S.C. § 157(d), the reference of the above-captioned matter to the United States Bankruptcy Court for the District of Colorado is **WITHDRAWN** solely for the purposes of considering and approving the consent order proposed by the United States Trustee and David R. Calvert;

2.  That the terms of the ***[Proposed] Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with his Former Attorney***, which is attached to the Bankruptcy Court's ***Order Approving the Motion To Recommend the Withdrawal of the Reference to the United States District Court for the Approval of the Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with is Former Attorney*** [#1], filed February 6, 2009, are **APPROVED**;

3.  That the terms of the proposed consent order attached to the Bankruptcy Court's ***Order Approving the Motion To Recommend the Withdrawal of the Reference to the United States District Court for the Approval of the Consent Order in Resolution of United States Trustee's Motion To Examine Debtor's Transactions with is Former Attorney*** [#1], filed February 6, 2009, are incorporated by reference in this order, and are **ENTERED AS AN ORDER** of this court; and

4. That Civil Action No. 09-cv-00255-REB-MJW is **CLOSED**.

Dated February 12, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge